# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Mintz v. James Docket No.: 26-3018

Lead Counsel of Record (name/firm) or Pro se Party (name): Leo Dorfman, Sokoloff Stern LLP

Appearance for (party/designation): Appellees Albro Fancher and Christopher Luhr

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(☑) Correct
(☐) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(☐) Correct
(☐) Incorrect. The following parties do not wish to participate in this appeal:
Parties: ______
(☐) Incorrect. Please change the following parties' designations:
Party Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(☑) Correct
(☐) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: ______
Firm: ______
Address: ______
Telephone: ______ Fax: ______
Email: ______

## RELATED CASES

(☑) This case has not been before this Court previously.
(☐) This case has been before this Court previously. The short title, docket number, and citation are: ______

(☐) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: ______

## CERTIFICATION

I certify that (☑) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on ______ OR that (☐) I applied for admission on ______ or renewal on 1/17/2025. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: Leo Dorfman
Type or Print Name: Leo Dorfman
OR
Signature of pro se litigant: ______
Type or Print Name: ______
(☐) I am a pro se litigant who is not an attorney.
(☐) I am an incarcerated pro se litigant.